UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DUCTCAP PRODUCTS, INC.,**
        Plaintiff,

v.                                    Case No. 10-CV-00110

**J&S FABRICATION, INC.,**
        Defendant.

---

## ORDER

Defendant J&S Fabrication, Inc. has filed three motions to file documents under seal. In these motions, defendant argues that the documents should be sealed because they have been marked "Confidential" or "Confidential Attorneys' Eyes Only" by one of the parties. Courts are public institutions, and defendant's unsupported claim that a document is confidential is not sufficient to overcome the presumption of openness. *See Cnty. Materials Corp. v. Allan Block Corp.*, 502 F.3d 730, 740 (7th Cir. 2007).

**THEREFORE, IT IS ORDERED** that the parties have 14 days to show good cause why defendant's motions to seal documents [DOCKET #56, 58, 65] should be granted. If the parties cannot show good cause to seal, I will order the clerk to include these documents in the public record.

Dated at Milwaukee, Wisconsin, this 19th day of July 2012.

                                                  s/ Lynn Adelman
                                                  LYNN ADELMAN
                                                  District Judge