# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DUCTCAP PRODUCTS, INC.,**
    **Plaintiff,**

  **v.**            **Case No.  10-CV-00110**

**J&S FABRICATION, INC., et al.,**
    **Defendants.**

---

## ORDER

 I ordered the parties to show good cause why defendants' three motions to seal should be granted. In response, defendant has withdrawn its motions to seal, and plaintiff has not opposed that withdrawal.

 **THEREFORE, IT IS ORDERED** that defendant's motions to seal documents [DOCKET #56, 58, and 65] are **DENIED AS MOOT**.

 Dated at Milwaukee, Wisconsin, this 7th day of August 2012.


          s/ Lynn Adelman
          LYNN ADELMAN
          District Judge